UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                                    CASE NO.  8:08-CR-126-T-17TBM

JAMES WILLIAM SCALES.

_____/

ORDER

This cause is before the Court on:

Dkt. 370     Motion for Early Termination of Supervised Release
Dkt. 371     Response

Defendant James William Scales, <u>pro se</u>, requests early termination of
Defendant's term of supervised release.

After entering into a Plea Agreement, pleading guilty to Counts One and
Four of the Superseding Indictment, Defendant Scales was sentenced on February
27, 2009 to a 117-month term of imprisonment (57 months as to Count I; 60 months
as to Count Four, consecutive to Count One), followed by a 60-month term
of supervised release. (Dkts. 182, 185).   At the time of sentencing, the
Government filed a 5K1.1 Motion (Dkt. 181), requesting a 4-level reduction of
Defendant's offense level as to Count One, based on Defendant Scales' substantial
assistance.  The Court granted the Government's Motion, and departed 6 levels.
(Dkt. 348, p. 6).

Following sentencing, Defendant Scales filed an appeal, which was
voluntarily dismissed.  (Dkt. 209).

The Court granted Defendant Scales' Unopposed Motion for Reduction of Sentence Pursuant to Amendment 782, (Dkt. 357), which reduced Defendant's sentence as to Count One to 41 months.

Defendant Scales was released on November 2, 2015. Since Defendant Scales' release, Defendant Scales has completed classes for certification as a medical administrative specialist.

Defendant Scales asserts that, since being on supervised release, Defendant has had no violations and no positive urinalysis, and Defendant owes no fines or restitution.

The Government has consulted with Defendant's Probation Officer, and has confirmed the information in Defendant's Motion as to Defendant's medical condition, efforts at obtaining work training, and compliance with the terms of supervision. The Government does not object to Defendant Scales' Motion for Early Termination.

Defendant Scales has completed more than one year of Defendant's term of supervised release. Pursuant to 18 U.S.C. Sec. 3583(e)(1), I have considered the factors set forth in 18 U.S.C. Secs. 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(6), and (a)(7), and determine that the termination of supervised release is warranted and is in the interest of justice. Accordingly, it is

Case No. 8:08-CR-126-T-17TBM

**ORDERED** that pro se Defendant James William Scales' Unopposed Motion for Early Termination of Supervised Release (Dkt. 370) is **granted**. The Clerk of Court shall provide a copy of this Order to pro se Defendant at the address below.

**DONE and ORDERED** in Chambers in Tampa, Florida on this _10th_ day of July, 2018.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record

United States Probation Office

Pro Se Defendant:

James Williams Scales, III
2601 Lake Sunset Dr.
Orlando, FL    32805